IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL WHEELER | § | |
| VS. | § | CIVIL ACTION NO.   1:23-CV-152 |
| UNKNOWN DEFENDANT | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Wheeler, a prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

The Court referred this matter to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the action without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. Proper notice was given to Plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge [Dkt. 5] is ADOPTED. A final judgment will be entered in accordance with this memorandum order.

**SIGNED this 21st day of July, 2023.**

Michael J. Truncale
United States District Judge